**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

                  Plaintiff

                                   Case Number: 07-10310

Vs.                              Honorable: Paul D. Borman

                                   Claim Number: C-92293

CONNIE T. STROUGHTER,

                  Defendant

_____

**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**

_____

The plaintiff has filed a petition for an order permitting substituted service of process and an affidavit by a process server reciting the unsuccessful attempts at service of the summons and compliant.  The court finds that service of process cannot reasonably be made in a manner set forth under Michigan law, and that the substitute means requested reasonably are calculated to give the defendant actual notice of the proceedings and an opportunity to be heard. *See* Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

Accordingly, it is ORDERED that the plaintiff's petition for order permitting substitute service of process [dkt # 2] is GRANTED.

It is ORDERED that the plaintiff may serve the defendant, CONNIE T. STROUGHTER with the summons and a copy of the complaint by:

(A) Posting a copy thereof, along with a copy of this petition and order for substituted service of process, at the defendant's residence at 16428 Schaefer Highway, Detroit, MI 48235.

(B) Mailing a copy of the same by certified mail (return receipt requested) to the

defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's residence

noted above

The plaintiff shall file a certificate confirming service as provided herein.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT
JUDGE

Dated:  April 2, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means
or U.S. Mail on April 2, 2007.

s/Denise Goodine
Case Manager